**Pauline LENK, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 01–7070.**

United States Court of Appeals, Federal Circuit.

Sept. 12, 2001.

*ORDER*

Pauline Lenk (Lenk) has failed to respond to the court order of August 15, 2001, to oppose dismissal of this appeal. Lenk had also failed to prosecute this appeal prior to the issuance of that order.

Upon consideration thereof,

IT IS ORDERED THAT:

**FLORIDA ROCK INDUSTRIES, INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 00–5081.**

United States Court of Appeals, Federal Circuit.

Sept. 12, 2001.

ORDER

Pursuant to this court's June 25, 2001 order,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) The motion to hold the briefing schedule in abeyance is moot.